

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed March 08, 2011**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10379-RLJ-13 |
| RANDALL VAUGHN PITTMAN | § | |
| VIRGINIA MEICHELE PITTMAN | § | |
| DEBTORS | § | CHAPTER 13 |

ORDER ON DEBTORS' MOTION TO REFINANCE HOME
AND APPLICATION FOR ATTORNEY FEES

CAME ON for consideration, the Motion to Allow Debtors to Refinance Home and Application For Attorney Fees. Although notice was properly given on all interested parties, no response or objection have been received or voiced, and therefore, Debtors are entitled to the relief requested.

IT IS THEREFORE ORDERED, Debtors' Motion to Refinance Home is granted.

IT IS FURTHER ORDERED, that Debtors' attorney is awarded additional attorney fees in the amount of $400.00 to be paid directly to Monte J. White & Associates, P.C.

# # # END OF ORDER # # #

Order Prepared by:

Pamela J. Chaney
State Bar No. 24006983
Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax