Hilary B. Bonial / LA 24305
Joe M. Lozano, Jr. / TBN 24005462
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Paul W. Cervenka / TBN 24061301
Adam R. Moore / TBN 24049565
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Authorized Agent for Nationstar Mortgage, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 110-10379-RLJ-13 |
| RANDALL VAUGHN PITTMAN<br>VIRGINIA MEICHELE PITTMAN<br>DEBTORS | § § § § | CHAPTER 13 |
| NATIONSTAR MORTGAGE, LLC<br>MOVANT<br>VS<br>RANDALL VAUGHN PITTMAN<br>VIRGINIA MEICHELE PITTMAN<br>AND WALTER O'CHESKEY, TRUSTEE<br>RESPONDENTS | § § § § § § § | |

NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT

1. On March 8, 2011, an Agreed Order Modifying Automatic Stay was entered with the Court. Debtors have failed to comply with the terms of the Agreed Order and a default letter was sent to Debtors pursuant to Paragraph 5 of the Order. Debtors failed to cure the default in accordance with the default letter and Order.

2. In accordance with the Agreed Order, the automatic stay has been terminated with respect to Nationstar Mortgage, LLC ("Nationstar"), as servicing agent for Nationstar Mortgage, LLC ("Nationstar"), its successors and/or assigns.

Respectfully submitted,
Nationstar

/s/ Michael J. Burns   /s/ Cristina Platon Camarata
Hilary B. Bonial
Joe M. Lozano, Jr.
Cristina Platon Camarata
Michael J. Burns
Adam R. Moore
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Authorized Agent of Nationstar

5555-N-8045

# CERTIFICATE OF SERVICE

I, Hilary B. Bonial / Michael J. Burns, hereby certify that a true and correct copy of the foregoing Notice of Termination of Automatic Stay due to Failure to Cure Default has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 27 day of October 20 11:

Debtors' Attorney
Pamela Jean Chaney
Monte J. White & Associates, P.c.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601

Debtors
Randall Vaughn Pittman
Virginia Meichele Pittman
3951 Cr 405
Early, Texas 76802

US Trustee
Mary Frances Welch
1100 Commerce Street, Room 976
Dallas, Texas 75242

Chapter 13 Trustee
Walter O'Cheskey
6308 Iola Avenue
Lubbock, Texas 79424

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Telephone: (214) 880-0089
Facsimile: (469) 221-5002
Email: dallas.bankruptcy@publicans.com

/s/ Michael J. Burns   /s/ Cristina Platon Camarata
Hilary B. Bonial
Joe M. Lozano, Jr.
Cristina Platon Camarata
Michael J. Burns
Adam R. Moore

5555-N-8045