Pamela J. Chaney
State Bar No. 24006983
Attorney for Debtors
Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10379-RLJ-13 |
| RANDALL VAUGHN PITTMAN | § | |
| VIRGINIA MEICHELE PITTMAN | § | |
| | § | |
| DEBTORS | | |

NOTICE OF DEBTORS' ADDRESS CHANGE

COME NOW RANDALL VAUGHN PITTMAN and VIRGINIA MEICHELE PITTMAN, Debtors, and file this Notice of Debtors' Address Change. Attorney for Debtors hereby notifies proper address for service on Debtors is:

Randall Vaughn Pittman
Virginia Meichele Pittman
414 6th St.
Blanket, TX 76432

Respectfully submitted,

/s/Pamela J. Chaney
Attorney for Debtor