## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

Randall Vaughn Pittman
and
Virginia Meichele Pittman
Debtor(s)

CASE NO.: 10-10379-RLJ-13

HEARING DATE: January 2, 2013
HEARING TIME: 11:00 AM

### DEBTOR CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Randall Vaughn Pittman
Debtor

/s/Virginia Meichele Pittman
Joint Debtor

/s/Monte J. White
Attorney for Debtors

### NOTICE OF HEARING

A HEARING WILL BE HELD ON January 2, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON January 2, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: November 19, 2013

/s/Monte J. White
Attorney for Debtors

```
Label Matrix for local noticing          Brown CAD                                United States Trustee
0539-1                                    Lee Gordon                              1100 Commerce Street
Case 10-10379-rlj13                       P O Box 1269                            Room 976
Northern District of Texas                Round Rock, TX 78680-1269               Dallas, TX 75242-0996
Abilene
Tue Nov 19 15:56:20 CST 2013

306 Federal Building                      Ace Cash Express                        Afni, Inc.
1205 Texas Avenue                         CO B-Line, LLC                          Attn: DP Recovery Support
Lubbock, TX 79401-4037                    MS 550                                  PO Box 3427
                                          PO Box 91121                            Bloomington, IL 61702-3427
                                          Seattle, WA 98111-9221


Applied Card Bank                         Brown CAD                               Brown County Appraisal District
Attention: General Inquiries              CO Sherrel K. Knighton                  402 Fisk
PO Box 17125                              Linebarger Goggan Blair & Sampson, LLP  Brownwood, TX 76801-8214
Wilmington, DE 19850-7125                 2323 Bryan Street, Suite 1600
                                          Dallas, TX 75201-2644


Brown Emergency Medicine Assc             Clinical Pathology Associates           Collection
PO Box 2409                               P.O. Box 3138                           CCS
San Antonio, TX 78298-2409                Abilene, Texas 79604-3138               PO Box 709
                                                                                  Needham, MA 02494-0005


Credit One Bank                           Credit Systems Intl In                  Dish Network
Po Box 98875                              1277 Country Club Ln                    Dept. 0063
Las Vegas, NV 89193-8875                  Fort Worth, TX 76112-2304               Palantine, IL 60055-0063


ER Solutions                              First Premier Bank                      Hendrick Medical Center
PO Box 9004                               3820 N Louise Ave                       Collection Department
Renton, WA 98057-9004                     Sioux Falls, SD 57107-0145              1900 Pine Street
                                                                                  Abilene, Texas 79601-2432


Hsbc                                      (p)INTERNAL REVENUE SERVICE             Jefferson Capital Syst
PO Box 35480                              CENTRALIZED INSOLVENCY OPERATIONS       16 Mcleland Rd
Newark, NJ 07193-5480                     PO BOX 7346                             Saint Cloud, MN 56303-2198
                                          PHILADELPHIA PA 19101-7346


Jefferson Capital Systems LLC             LINEBARGER GOGGAN BLAIR et al           LVNV Funding LLC
PO BOX 7999                               2323 Bryan Street, Ste 1600             Resurgent Capital Services
SAINT CLOUD MN 56302-7999                 Dallas, TX 75201-2644                   PO Box 10587
                                                                                  Greenville, SC 29603-0587


Longhorn Auto                             Lvnv Funding Llc                        Marine One Acceptance Corporation
903 W. Commerce St.                       Po Box 740281                           500 N Akard, Suite 1900
Brownwood, TX 76801-2006                  Houston, TX 77274-0281                  Dallas, TX 75201-6629


Midland Credit Management                 Monte J. White & Associates, P.C.       NATIONSTAR MORTGAGE
PO Box 939019                             402 Cypress, Suite 310                  POST OFFICE BOX 829009
San Diego, CA 92193-9019                  Abilene, TX 79601-5151                  DALLAS, TEXAS 75382-9009
```

| | | |
|---|---|---|
| (p)NATIONSTAR MORTGAGE<br>PO BOX 630267<br>IRVING TEXAS 75063-0116 | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Nco-inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Network Coll<br>9894 Bissonet Ste 650<br>Houston, TX 77036-8286 | Orchard Bank<br>PO Box 80084<br>Salinas, CA 93912-0084 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Best Buy Or S & h Greenpoints<br>POB 41067<br>Norfolk VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier BankCard-Charter<br>Post Office Box 2208<br>Vacaville,CA 95696-8208 | Progressive Insurance Corporate Office<br>6300 Wilson Mills Road<br>Mayfield Village, OH 44143-2182 |
| Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | Salute<br>Pob 105555<br>Atlanta, GA 30348-5555 |
| Salute Visa Gold<br>Payment Processing<br>P.O. Box 136<br>Newark, NJ 07101-0136 | Service Bureau Inc<br>2705 81st St<br>Lubbock, TX 79423-2229 | Sst-cigpflcorp<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 |
| Sst-columbus Bank & trus<br>PO Box 84024<br>Columbus, GA 31908-4024 | T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Texas Bank<br>400 Fisk St<br>Brownwood, TX 76801-2930 |
| Texas Car Title & Loan<br>111 Early Blvd.<br>Early, TX 76802-2185 | Texas Car Title and Payday Loan Services, In<br>CO The Salkin Law Firm, P.A.<br>1776 N. Pine Island Road, Suite 218<br>Plantation, FL 33322-5223 | Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701-2654 |
| West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Randall Vaughn Pittman<br>414 6th St.<br>Blanket, TX 76432-2112 |
| Virginia Meichele Pittman<br>414 6th St.<br>Blanket, TX 76432-2112 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures              (d)Internal Revenue Service      Nationstar Mortgage
Mail Code 5020-DAL                  PO Box 21126                     350 Highland Dr.
1100 Commerce St, Room 9B8          Philadelphia, PA 19114           Lewisville, TX 75067-4177
Dallas, TX  75242


Portfolio Rc
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Brown CAD                        (d)Brown CAD                     (u)Nationstar Mortgage, LLC
                                    Lee Gordon
                                    P O Box 1269
                                    Round Rock, TX 78680-1269



(d)Quantum3 Group LLC as agent for  End of Label Matrix
ACE Cash Express INC                Mailable recipients    55
PO Box 788                          Bypassed recipients     4
Kirkland, WA 98083-0788             Total                  59
```