IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

Randall Vaughn Pittman
and
Virginia Meichele Pittman
Debtor(s)

CASE NO.: 10-10379-RLJ-13

HEARING DATE: January 2, 2013
HEARING TIME: 11:00 AM

DEBTOR CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Randall Vaughn Pittman  
Debtor

/s/Virginia Meichele Pittman  
Joint Debtor

/s/Monte J. White  
Attorney for Debtors

### NOTICE OF HEARING

A HEARING WILL BE HELD ON January 2, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON January 2, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: November 19, 2013

/s/Monte J. White  
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 10-10379-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Nov 19 15:56:20 CST 2013 | Brown CAD<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Ace Cash Express<br>CO B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Afni, Inc.<br>Attn: DP Recovery Support<br>PO Box 3427<br>Bloomington, IL 61702-3427 |
| Applied Card Bank<br>Attention: General Inquiries<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Brown CAD<br>CO Sherrel K. Knighton<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 | Brown County Appraisal District<br>402 Fisk<br>Brownwood, TX 76801-8214 |
| Brown Emergency Medicine Assc<br>PO Box 2409<br>San Antonio, TX 78298-2409 | Clinical Pathology Associates<br>P.O. Box 3138<br>Abilene, Texas 79604-3138 | Collection<br>CCS<br>PO Box 709<br>Needham, MA 02494-0005 |
| Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 | Dish Network<br>Dept. 0063<br>Palantine, IL 60055-0063 |
| ER Solutions<br>PO Box 9004<br>Renton, WA 98057-9004 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 |
| Hsbc<br>PO Box 35480<br>Newark, NJ 07193-5480 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303-2198 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LINEBARGER GOGGAN BLAIR et al<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201-2644 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Longhorn Auto<br>903 W. Commerce St.<br>Brownwood, TX 76801-2006 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Marine One Acceptance Corporation<br>500 N Akard, Suite 1900<br>Dallas, TX 75201-6629 |
| Midland Credit Management<br>PO Box 939019<br>San Diego, CA 92193-9019 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | NATIONSTAR MORTGAGE<br>POST OFFICE BOX 829009<br>DALLAS, TEXAS 75382-9009 |

| | | |
|---|---|---|
| (p)NATIONSTAR MORTGAGE<br>PO BOX 630267<br>IRVING TEXAS 75063-0116 | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Nco-inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Network Coll<br>9894 Bissonet Ste 650<br>Houston, TX 77036-8286 | Orchard Bank<br>PO Box 80084<br>Salinas, CA 93912-0084 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Best Buy Or S & h Greenpoints<br>POB 41067<br>Norfolk VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier BankCard-Charter<br>Post Office Box 2208<br>Vacaville,CA 95696-8208 | Progressive Insurance Corporate Office<br>6300 Wilson Mills Road<br>Mayfield Village, OH 44143-2182 |
| Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | Salute<br>Pob 105555<br>Atlanta, GA 30348-5555 |
| Salute Visa Gold<br>Payment Processing<br>P.O. Box 136<br>Newark, NJ 07101-0136 | Service Bureau Inc<br>2705 81st St<br>Lubbock, TX 79423-2229 | Sst-cigpflcorp<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 |
| Sst-columbus Bank & trus<br>PO Box 84024<br>Columbus, GA 31908-4024 | T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Texas Bank<br>400 Fisk St<br>Brownwood, TX 76801-2930 |
| Texas Car Title & Loan<br>111 Early Blvd.<br>Early, TX 76802-2185 | Texas Car Title and Payday Loan Services, In<br>CO The Salkin Law Firm, P.A.<br>1776 N. Pine Island Road, Suite 218<br>Plantation, FL 33322-5223 | Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701-2654 |
| West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Randall Vaughn Pittman<br>414 6th St.<br>Blanket, TX 76432-2112 |
| Virginia Meichele Pittman<br>414 6th St.<br>Blanket, TX 76432-2112 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Nationstar Mortgage<br>350 Highland Dr.<br>Lewisville, TX 75067-4177 |
| Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brown CAD | (d)Brown CAD<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | (u)Nationstar Mortgage, LLC |
| (d)Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients     4<br>Total                  59 | |