Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  10-10379-RLJ-13 |
| | § |
| Randall Vaughn Pittman | § |
| and | § JUDGE ROBERT L. JONES |
| Virginia Meichele Pittman | § |
| | § HEARING DATE: 3/26/2014 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 3/26/2014, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse, 3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 02/13/2014, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS,

79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

CERTIFICATE OF SERVICE

  I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 02/13/2014, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                /s/Monte J. White
                Attorney for Debtor(s)

```
Label Matrix for local noticing          Brown CAD                                United States Trustee
0539-1                                   Lee Gordon                               1100 Commerce Street
Case 10-10379-rlj13                      P O Box 1269                             Room 976
Northern District of Texas               Round Rock, TX 78680-1269                Dallas, TX 75242-0996
Abilene
Mon Jan  6 15:06:04 CST 2014

306 Federal Building                     Ace Cash Express                         Afni, Inc.
1205 Texas Avenue                        CO B-Line, LLC                           Attn: DP Recovery Support
Lubbock, TX 79401-4037                   MS 550                                   PO Box 3427
                                         PO Box 91121                             Bloomington, IL 61702-3427
                                         Seattle, WA 98111-9221


Applied Card Bank                        Brown CAD                                Brown County Appraisal District
Attention: General Inquiries             CO Sherrel K. Knighton                   402 Fisk
PO Box 17125                             Linebarger Goggan Blair & Sampson, LLP   Brownwood, TX 76801-8214
Wilmington, DE 19850-7125                2323 Bryan Street, Suite 1600
                                         Dallas, TX 75201-2644


Brown Emergency Medicine Assc            Clinical Pathology Associates            Collection
PO Box 2409                              P.O. Box 3138                            CCS
San Antonio, TX 78298-2409               Abilene, Texas 79604-3138                PO Box 709
                                                                                  Needham, MA 02494-0005


Credit One Bank                          Credit Systems Intl In                   Dish Network
Po Box 98875                             1277 Country Club Ln                     Dept. 0063
Las Vegas, NV 89193-8875                 Fort Worth, TX 76112-2304                Palantine, IL 60055-0063


ER Solutions                             First Premier Bank                       Hendrick Medical Center
PO Box 9004                              3820 N Louise Ave                        Collection Department
Renton, WA 98057-9004                    Sioux Falls, SD 57107-0145               1900 Pine Street
                                                                                  Abilene, Texas 79601-2432


Hsbc                                     (p)INTERNAL REVENUE SERVICE              Jefferson Capital Syst
PO Box 35480                             CENTRALIZED INSOLVENCY OPERATIONS        16 Mcleland Rd
Newark, NJ 07193-5480                    PO BOX 7346                              Saint Cloud, MN 56303-2198
                                         PHILADELPHIA PA 19101-7346


Jefferson Capital Systems LLC            LINEBARGER GOGGAN BLAIR et al            LVNV Funding LLC
PO BOX 7999                              2323 Bryan Street, Ste 1600              Resurgent Capital Services
SAINT CLOUD MN 56302-7999                Dallas, TX 75201-2644                    PO Box 10587
                                                                                  Greenville, SC 29603-0587


Longhorn Auto                            Lvnv Funding Llc                         Marine One Acceptance Corporation
903 W. Commerce St.                      Po Box 740281                            500 N Akard, Suite 1900
Brownwood, TX 76801-2006                 Houston, TX 77274-0281                   Dallas, TX 75201-6629


Midland Credit Management                Monte J. White & Associates, P.C.        NATIONSTAR MORTGAGE
PO Box 939019                            402 Cypress, Suite 310                   POST OFFICE BOX 829009
San Diego, CA 92193-9019                 Abilene, TX 79601-5151                   DALLAS, TEXAS 75382-9009
```

| | | |
|---|---|---|
| (p)NATIONSTAR MORTGAGE<br>PO BOX 630267<br>IRVING TEXAS 75063-0116 | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Nco-inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 |
| Network Coll<br>9894 Bissonet Ste 650<br>Houston, TX 77036-8286 | Orchard Bank<br>PO Box 80084<br>Salinas, CA 93912-0084 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Best Buy Or S & h Greenpoints<br>POB 41067<br>Norfolk VA 23541-1067 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier BankCard-Charter<br>Post Office Box 2208<br>Vacaville,CA 95696-8208 | Progressive Insurance Corporate Office<br>6300 Wilson Mills Road<br>Mayfield Village, OH 44143-2182 |
| Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | Salute<br>Pob 105555<br>Atlanta, GA 30348-5555 |
| Salute Visa Gold<br>Payment Processing<br>P.O. Box 136<br>Newark, NJ 07101-0136 | Service Bureau Inc<br>2705 81st St<br>Lubbock, TX 79423-2229 | Sst-cigpflcorp<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 |
| Sst-columbus Bank & trus<br>PO Box 84024<br>Columbus, GA 31908-4024 | T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Texas Bank<br>400 Fisk St<br>Brownwood, TX 76801-2930 |
| Texas Car Title & Loan<br>111 Early Blvd.<br>Early, TX 76802-2185 | Texas Car Title and Payday Loan Services, In<br>CO The Salkin Law Firm, P.A.<br>1776 N. Pine Island Road, Suite 218<br>Plantation, FL 33322-5223 | Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701-2654 |
| West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Randall Vaughn Pittman<br>414 6th St.<br>Blanket, TX 76432-2112 | Virginia Meichele Pittman<br>414 6th St.<br>Blanket, TX 76432-2112 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX  75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Nationstar Mortgage<br>350 Highland Dr.<br>Lewisville, TX 75067-4177 |
| Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Brown CAD | (d)Brown CAD<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | (u)Nationstar Mortgage, LLC |
| (d)Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients   56<br>Bypassed recipients    4<br>Total                 60 | |